PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
WILLIE L. MITCHELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE L. MITCHELL, | ) | NO. C07-4388 MJJ |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| | ) | **INITIAL CASE MANAGEMENT** |
| vs. | ) | **CONFERENCE AND ENLARGING CASE** |
| | ) | **MANAGEMENT DEADLINES** |
| OAK HARBOR FREIGHT LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having read and considered Plaintiff WILLIE L. MITCHELL's Ex Parte Application for Order continuing the Initial Case Management Conference, and enlarging the case management deadlines, and good cause appearing therefore, the Court adopts the following schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 11/13/2007 | 12/18/2007 |

| **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 11/27/2007 | 01/15/2008 |
| Case Management Conference | 12/04/2007 | 01/29/2008 |

**IT IS SO ORDERED**.

Dated: _____

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT