| Attorney or Party without Attorney:<br>PRICE AND ASSOCIATES<br>1611 TELEGRAPH AVENUE<br>SUITE 1450<br>OAKLAND, CA 94612<br>Telephone No: 510-452-0292 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2244-229468 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of Calif. (San Jose) | | | | |
| Plaintiff: MITCHELL<br>Defendant: OAK HARBOR FREIGHT LINES, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04388MJJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; U.S. District Court Guidelines; (Blank) Notice Of Need For Adr Phone Conference; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; (Blank) Adr Certification By Parties And Counsel; (Blank) Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; (Blank) Consent To Proceed Before A United States Magistrate Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Contents Of Joint Case Management Statement; Complaint For Damages; Instructions For Attorneys Completing Civil Cover Sheet Form Js--44; Ecf Registration Information Handout

3. a. Party served:               OAK HARBOR FREIGHT LINES, INC.
   b. Person served:            JANNAE SPANO, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:        INCORP SERVICES, INC.
                                                      1817 MORENA BLVD., STE. A
                                                      SAN DIEGO, CA 92110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 16, 2007 (2) at: 3:52PM

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
       a. RENE MEZA                                      d. *The Fee for Service was:*
       b. **WESTERN ATTORNEY SERVICE**           e. I am: (3) registered California process server
           75 COLUMBIA SQUARE                      (i)    Employee
           SAN FRANCISCO, CA 94103            (ii)   Registration No.:    3015
       c. 415-487-4140                                      (iii)   County:            Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Nov. 20, 2007

       Judicial Council Form                             **PROOF OF SERVICE**            (RENE MEZA)
Rule 982.9.(a)&(b) Rev January 1, 2007            **SUMMONS CIVIL/CASE**                                                     prias.23635