ELIZABETH R. ISON, State Bar No. 138382
THE ISON LAW GROUP
Workplace Law
3220 M Street
Sacramento, CA 95816-5231
Telephone: (916) 492-6555
Facsimile: (916) 492-6556
Email: eison@theisonlawgroup.com

Attorney for Defendant
OAK HARBOR FREIGHT LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. MITCHELL, | CASE NO.: 3:07-CV-04388-MJJ |
| Plaintiff, | DEFENDANT OAK HARBOR FREIGHT LINES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES |
| v. | |
| OAK HARBOR FREIGHT LINES, INC., | JURY TRIAL REQUESTED |
| Defendant. | |

Defendant OAK HARBOR FREIGHT LINES, INC., a corporation ("Defendant"), hereby comes and answers the allegations set forth in WILLIE L. MITCHELL's Complaint for Damages ("Complaint") as follows:

**I. JURISDICTION AND VENUE**

1.  The allegations set forth herein set forth a legal conclusion requiring no response.

2.  The allegations set forth herein set forth a legal conclusion requiring no response.

**II. PARTIES**

3.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

4.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

1  5.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

6.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

### III. FACTUAL ALLEGATIONS

7.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

8.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

9.  Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

10. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

11. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

12. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

13. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

14. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

15. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

### IV. DAMAGES

16. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

17. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

1    18.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

### V.    FIRST CLAIM FOR RELIEF

19.    Defendant incorporates its answers to paragraph 1-18, above, as though fully set forth in response to this paragraph.

20.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

### VI.    SECOND CLAIM FOR RELIEF

21.    Defendant incorporates its answers to paragraph 1-20, above, as though fully set forth in response to this paragraph.

22.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

23.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

24.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

### VII.    THIRD CLAIM FOR RELIEF

25.    Defendant incorporates its answers to paragraph 1-24, above, as though fully set forth in response to this paragraph.

26.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

27.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

28.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

29.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations

## VIII.  AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim on which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

The complaint fails to state a claim on which an award of compensatory or punitive damages can be granted.

THIRD AFFIRMATIVE DEFENSE

The complaint is barred in whole or in part by the applicable federal and/or state statutes of limitations.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages because at all relevant times, Defendant engaged in good faith efforts to comply with all applicable law, including but not limited to the Fair Credit Reporting Act ("FCRA").

FIFTH AFFIRMATIVE DEFENSE

At all relevant times hereto, Defendant exercised reasonable care to prevent and correct promptly any allegedly unlawful behavior, and Plaintiff unreasonably failed to take advantage of the preventative and/or corrective measures provided by the Defendant or to avoid harm otherwise and failed to complain of any unlawful harassing conduct.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff did not suffer any damages attributable to any actions of this answering Defendant.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part or his recoverable damages should be reduced because he failed to take reasonable steps to mitigate his damages.

EIGHTH AFFIRMATIVE DEFENSE

This Defendant is not liable for any acts or omissions of its employees that were beyond the scope of his or her employment.

NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of estoppel, waiver, misrepresentation and/or unclean hands.

TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for damages based on emotional, mental or physical injuries are barred by the exclusivity provisions of the applicable workers' compensation laws within the California Labor Code.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's recovery in this action, if any, must be diminished by the amount of Plaintiff's comparative fault.

TWELFTH AFFIRMATIVE DEFENSE

The losses incurred, if any there were, and the damages sought by Plaintiff in the Complaint, which are denied, were caused directly and proximately by persons other than this answering Defendant, whether individual, corporate or otherwise, and whether named or unnamed in the Complaint.

THIRTEENTH AFFIRMATIVE DEFENSE

This Defendant expressly reserves the right to rely upon such other and further affirmative defenses as may be supported by facts to be determined through further discovery in this proceeding. The Defendant also expressly reserves the right to assert such counterclaims as may be supported by the facts and evidence.

Dated: January 7, 2008                         THE ISON LAW GROUP


                                               By: /s/ Elizabeth R. Ison
                                                   ELIZABETH R. ISON

                                               Attorney for Defendant
                                               OAK HARBOR FREIGHT LINES, INC., a corporation