1  PAMELA Y. PRICE, ESQ., State Bar No. 107713
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   Email: pypesq@aol.com
5
   Attorney for Plaintiff
6  WILLIE L. MITCHELL

7

   ELIZABETH R. ISON, State Bar No. 138382
8  THE ISON LAW GROUP
   3220 M Street
9  Sacramento, CA 95816-5231
   Telephone: (916) 492-6555
10 Facsimile: (916) 492-6556
   Email: eison@theisonlawgroup.com
11
   Attorney for Defendant
12 OAK HARBOR FREIGHT LINES, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 WILLIE L. MITCHELL,              )   CASE NO.: 3:07-CV-04388-MJJ
                                    )
17         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                    )   ORDER
18     v.                           )
                                    )
19 OAK HARBOR FREIGHT LINES, INC.,  )
                                    )
20         Defendant.               )
                                    )
21                                  )
                                    )
22 _____)

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///


STIPULATION AND PROPOSED ORDER        -1-                          {00073171.1}

1  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for defendant OAK HARBOR FREIGHT LINES, INC., and counsel for plaintiff WILLIE L. MITCHELL that the parties shall have until February 15, 2008 to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26.

**IT IS SO STIPULATED.**

Dated: January 9, 2008　　　　　　　　　PRICE AND ASSOCIATES

　　　　　　　　　　　　　　　　　　　　 /s/ Pamela Y. Price
　　　　　　　　　　　　　　　　　　　　Pamela Y. Price
　　　　　　　　　　　　　　　　　　　　(as authorized on January 10, 2008)
　　　　　　　　　　　　　　　　　　　　Attorney for WILLIE L. MITCHELL

Dated: January 9, 2008　　　　　　　　　THE ISON LAW GROUP

　　　　　　　　　　　　　　　　　　　　 /s/ Elizabeth R. Ison
　　　　　　　　　　　　　　　　　　　　Elizabeth R. Ison
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　OAK HARBOR FREIGHT LINES, INC.

**IT IS SO ORDERED.**

Dated: _____, 2008　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER　　　　　-2-　　　　　{00073171. 1}