UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE L. MITCHELL

        Plaintiff(s),

v.

OAK HARBOR FREIGHT LINES, INC.

        Defendant(s).
_____/

Case No. 3:07-CV-04388-MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-10-2008

Dated: 1-10-08

[Party] Defendant, OAK HARBOR FREIGHT LINES, INC.

[Counsel] Elizabeth R. Ison