1  PAMELA Y. PRICE, ESQ., State Bar No. 107713
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone:  (510) 452-0292
4  Facsimile:   (510) 452-5625
   Email:  pypesq@aol.com
5
   Attorney for Plaintiff
6  WILLIE L. MITCHELL

7

   ELIZABETH R. ISON, State Bar No. 138382
8  THE ISON LAW GROUP
   3220 M Street
9  Sacramento, CA 95816-5231
   Telephone:  (916) 492-6555
10 Facsimile:   (916) 492-6556
   Email:  eison@theisonlawgroup.com
11
   Attorney for Defendant
12 OAK HARBOR FREIGHT LINES, INC.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 | WILLIE L. MITCHELL,              )   CASE NO.:  3:07-CV-04388-MJJ
                                      )
17 |         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                      )   ORDER
18 |     v.                           )
                                      )
19 | OAK HARBOR FREIGHT LINES, INC.,  )
                                      )
20 |         Defendant.               )
                                      )
21                                    )
                                      )
22 |_____ )

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION AND P[ROPOSED]                -1-                          {00073171. 1}
ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for defendant OAK HARBOR FREIGHT LINES, INC., and counsel for plaintiff WILLIE L. MITCHELL that the parties shall have until February 15, 2008 to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26.

**IT IS SO STIPULATED.**

Dated: January 9, 2008                         PRICE AND ASSOCIATES

                                                  /s/ Pamela Y. Price
Pamela Y. Price
(as authorized on January 10, 2008)
Attorney for WILLIE L. MITCHELL

Dated: January 9, 2008                         THE ISON LAW GROUP

                                                 /s/ Elizabeth R. Ison
Elizabeth R. Ison
Attorney for Defendant
OAK HARBOR FREIGHT LINES, INC.

**IT IS SO ORDERED.**

Dated: January 18, 2008                        _____
                                                     UNITED STATES DISTRICT JUDGE