1  PAMELA Y. PRICE, ESQ., State Bar No. 107713
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone:  (510) 452-0292
4  Facsimile:   (510) 452-5625
   Email: pypesq@aol.com
5
   Attorney for Plaintiff
6  WILLIE L. MITCHELL

7

   ELIZABETH R. ISON, State Bar No. 138382
8  THE ISON LAW GROUP
   3220 M Street
9  Sacramento, CA 95816-5231
   Telephone:  (916) 492-6555
10 Facsimile:   (916) 492-6556
   Email: eison@theisonlawgroup.com
11
   Attorney for Defendant
12 OAK HARBOR FREIGHT LINES, INC.

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | WILLIE L. MITCHELL, | ) | CASE NO.:  3:07-CV-04388-MJJ |
|---|---|---|---|
| 17 | Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO ATTEND CASE |
| 18 | v. | ) ) | MANAGEMENT CONFERENCE BY TELEPHONE |
| 19 | OAK HARBOR FREIGHT LINES, INC., | ) ) | Date:  February 5, 2008 |
| 20 | Defendant. | ) ) | Time:  2:00 p.m. Courtroom: 11 |
| 21 | | ) | Judge:  Honorable Martin J. Jenkins |

22      Plaintiff WILLIE L. MITCHELL ("MITCHELL"), and Defendant OAK HARBOR

23 FREIGHT LINES, INC. ("OAK HARBOR"), by and through their undersigned counsel,

24 respectfully request a Court order permitting Defendant's lead trial counsel, Elizabeth R. Ison,

25 Esquire, to attend the Case Management Conference ("CMC") scheduled in this matter by

26 telephone.

27      On November 20, 2007, the Court issued an Order continuing CMC in the above-

28 captioned action, scheduling the CMC for February 5, 2008.

STIPULATION AND [PROPOSED]                    -1-                              {00078145. 1}
ORDER TO ATTEND CASE
MANAGEMENT CONFERENCE BY
TELEPHONE - 3:07-CV-04388-MJJ

1  Pursuant to Local Rule 16-10(a), lead trial counsel for both parties must attend the CMC.
2  The rule also provides that any requests to appear telephonically must be filed and served at least
3  five days prior to the conference. Because Defendant's lead counsel, Elizabeth R. Ison, Esquire,
4  resides and works in Sacramento County, Sacramento, California, Defendant respectfully
5  requests that she be permitted to attend the CMC telephonically. Plaintiff's counsel stipulates
6  and agrees to Defendant's request. Therefore, the parties hereby stipulate and respectfully
7  request that the Court permit Defendant's lead trial counsel, Elizabeth R. Ison, to attend the
8  CMC on February 5, 2008 by telephone.
9  IT IS SO STIPULATED.

10  Dated: January 30, 2008                    PRICE AND ASSOCIATES

                                              /s/ Pamela Y. Price
12                                            Pamela Y. Price
                                              (as authorized on January 30, 2008)
13                                            Attorney for Plaintiff
                                              WILLIE L. MITCHELL

15  Dated: January 29, 2008                   THE ISON LAW GROUP

                                              /s/ Elizabeth R. Ison
17                                            Elizabeth R. Ison
                                              Attorney for Defendant
18                                            OAK HARBOR FREIGHT LINES, INC.

21  Pursuant to stipulation and with good cause shown, IT IS SO ORDERED.

23  Dated: _____, 2008              _____
                                              Honorable Martin J. Jenkins
24                                            United States District Judge

STIPULATION AND [PROPOSED]               -2-                              {00078145. 1}
ORDER TO ATTEND CASE
MANAGEMENT CONFERENCE BY
TELEPHONE - 3:07-CV-04388-MJJ