1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA 94612
3  Telephone:  (510) 452-0292
   Facsimile:   (510) 452-5625
4  Email:  pypesq@aol.com

5  Attorneys for Plaintiff
   WILLIE L. MITCHELL
6

7  ELIZABETH R. ISON, State Bar No. 138382
   THE ISON LAW GROUP
8  3220 M Street
   Sacramento, CA 95816-5231
9  Telephone:  (916) 492-6555
   Facsimile:  (916) 492-6556
10 Email:  eison@theisonlawgroup.com

11 Attorney for Defendant
   OAK HARBOR FREIGHT LINES, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 WILLIE L. MITCHELL,                    )   CASE NO.:  4:07-CV-04388-CW
                                          )
17         Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                          )   ORDER TO CONTINUE CASE
18     v.                                 )   MANAGEMENT CONFERENCE
                                          )
19 OAK HARBOR FREIGHT LINES, INC.,        )
                                          )
20         Defendant.                     )
                                          )
21 _____)

22

23        The parties to the above-entitled action hereby stipulate to continue the Case

24 Management Conference from Tuesday, March 18, 2008 for a period of time of at least two

25 weeks but not to exceed thirty days in order to allow counsel more time to finalize the terms of a

26 formal Settlement Agreement and Mutual Release.  Good cause exists for this Stipulation and

27 proposed Order in that the parties have reached a tentative agreement to settle the action and

28 have exchanged drafts of the Settlement Agreement and need more time to finalize the document

STIPULATION AND [PROPOSED]              -1-                              {00079262. 2}
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

1  and obtain the required signatures.  Once the Settlement Agreement is finalized, the parties

2  intend to file a Stipulation of Dismissal of the entire action with prejudice.

3       In the event the settlement is not consummated within the next seven (7) days, the parties

4  will be prepared to proceed with the Case Management Conference after March 25, 2008, and

5  will file the Case Management Conference Statement in accordance with Local Rule 16-9.

6       IT IS SO STIPULATED.

7  Dated: March 12, 2008                    PRICE AND ASSOCIATES

8
                                            /s/ Pamela Y. Price
9                                          Pamela Y. Price
                                           Attorney for Plaintiff
10                                         WILLIE L. MITCHELL

11

12 Dated: March 12, 2008                    THE ISON LAW GROUP

13

14                                          /s/ Elizabeth R. Ison
                                           Elizabeth R. Ison
15                                         Attorney for Defendant
                                           OAK HARBOR FREIGHT LINES, INC.

16

17                          **ORDER**

18       The Court having read and considered the Stipulation and [Proposed] Order to Continue

19 the Case Management Conference, and good cause appearing therefore, hereby orders that the

20 Case Management Conference shall be and hereby is continued to _____.

21 In the event the parties finalize their agreement, a Request for Dismissal shall be filed no later

22 than March 25, 2008.

23       IT IS SO ORDERED.

24

25 Dated: _____, 2008          _____
26                                         UNITED STATES DISTRICT JUDGE

27

28

STIPULATION AND [PROPOSED]          -2-                    {00079262. 2}
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE