1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
   Oakland, CA 94612
3  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
4  Email: pypesq@aol.com

5  Attorneys for Plaintiff
   WILLIE L. MITCHELL
6

7  ELIZABETH R. ISON, State Bar No. 138382
   THE ISON LAW GROUP
8  3220 M Street
   Sacramento, CA 95816-5231
9  Telephone: (916) 492-6555
   Facsimile:  (916) 492-6556
10 Email: eison@theisonlawgroup.com

11 Attorney for Defendant
   OAK HARBOR FREIGHT LINES, INC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. MITCHELL, ) | CASE NO.: 4:07-CV-04388-CW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE CASE MANAGEMENT |
| v. ) | CONFERENCE |
| ) | |
| OAK HARBOR FREIGHT LINES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties to the above-entitled action hereby stipulate to continue the Case Management Conference from Tuesday, March 18, 2008 for a period of time of at least two weeks but not to exceed thirty days in order to allow counsel more time to finalize the terms of a formal Settlement Agreement and Mutual Release. Good cause exists for this Stipulation and proposed Order in that the parties have reached a tentative agreement to settle the action and have exchanged drafts of the Settlement Agreement and need more time to finalize the document

1 and obtain the required signatures. Once the Settlement Agreement is finalized, the parties
2 intend to file a Stipulation of Dismissal of the entire action with prejudice.

3      In the event the settlement is not consummated within the next seven (7) days, the parties
4 will be prepared to proceed with the Case Management Conference after March 25, 2008, and
5 will file the Case Management Conference Statement in accordance with Local Rule 16-9.

6      IT IS SO STIPULATED.

7 Dated: March 12, 2008      PRICE AND ASSOCIATES

     /s/ Pamela Y. Price
9      Pamela Y. Price
     Attorney for Plaintiff
10      WILLIE L. MITCHELL

12 Dated: March 12, 2008      THE ISON LAW GROUP

14      /s/ Elizabeth R. Ison
     Elizabeth R. Ison
15      Attorney for Defendant
     OAK HARBOR FREIGHT LINES, INC.

## ORDER

18      The Court having read and considered the Stipulation and [Proposed] Order to Continue
19 the Case Management Conference, and good cause appearing therefore, hereby orders that the
20 Case Management Conference shall be and hereby is continued to April 15, 2008, @ 2:00 p.m.
21 In the event the parties finalize their agreement, a Request for Dismissal shall be filed no later
22 than March 25, 2008.

23      IT IS SO ORDERED.

25 Dated: 3/14/08, 2008

     UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]      -2-      {00079262. 2}
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE