PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
WILLIE L. MITCHELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. MITCHELL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>OAK HARBOR FREIGHT LINES, INC.,<br><br>　　　Defendant. | NO. C07-4388 CW<br><br>**SUBSTITUTION OF ATTORNEYS** |

　　　Plaintiff WILLIE L. MITCHELL, having previously appeared with counsel, hereby substitutes himself in pro per, in place and stead of Attorney Pamela Y. Price and the Law Offices of Price And Associates. Plaintiff's address and telephone number to which all pleadings, notices or correspondence of any kind relating to this action should be sent to is:

　　　　　Willie L. Mitchell
　　　　　P.O. Box 5282
　　　　　Oakland, CA 94605
　　　　　(510) 551-4578

Dated: March 31, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIE L. MITCHELL, In Pro Per

-1-
SUBSTITUTION OF ATTORNEYS (C07-4388 CW)

1158P205PYP

I accept the above substitution.

Dated: March 31, 2008

PRICE AND ASSOCIATES

*/s/ Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff
WILLIE L. MITCHELL

### ORDER

The Court having read and considered the foregoing Substitution of Attorneys, hereby orders that Plaintiff shall be deemed to be his own attorney of record and shall comply with the Local Rules and all Orders of this Court.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CLAUDIA WILKIN
UNITED STATES DISTRICT COURT