1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  1611 Telegraph Avenue, Ste. 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
6  WILLIE L. MITCHELL

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  WILLIE L. MITCHELL,              )  NO. C07-4388 CW
                                     )  **ORDER GRANTING**
13            Plaintiff,             )  **SUBSTITUTION OF ATTORNEYS**
14                                   )
    vs.                              )
15                                   )
16  OAK HARBOR FREIGHT LINES, INC.,  )
                                     )
17            Defendant.             )
                                     )
18  _____

19      Plaintiff WILLIE L. MITCHELL, having previously appeared with counsel,
20
    hereby substitutes himself in pro per, in place and stead of Attorney Pamela Y. Price and the Law
21
    Offices of Price And Associates. Plaintiff's address and telephone number to which all
22
    pleadings, notices or correspondence of any kind relating to this action should be sent to is:
23

24                    Willie L. Mitchell
                      P.O. Box 5282
25                    Oakland, CA 94605
                      (510) 551-4578
26

27  Dated: March 31, 2008                          _____
                                                   WILLIE L. MITCHELL, In Pro Per
28

1158P205PYP
                                         -1-
                         SUBSTITUTION OF ATTORNEYS (C07-4388 CW)

I accept the above substitution.

Dated: March 31, 2008

PRICE AND ASSOCIATES

*Pamela Y. Price* (signature)

PAMELA Y. PRICE, Attorneys for Plaintiff
WILLIE L. MITCHELL

### ORDER

The Court having read and considered the foregoing Substitution of Attorneys, hereby orders that Plaintiff shall be deemed to be his own attorney of record and shall comply with the Local Rules and all Orders of this Court.

**IT IS SO ORDERED.**

Dated: 4/2/08

*Claudia Wilkin* (signature)

HON. CLAUDIA WILKIN
UNITED STATES DISTRICT COURT