IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. MITCHELL,<br><br>      Plaintiff,<br><br>  v.<br><br>OAK HARBOR FREIGHT LINES, INC.,<br><br>      Defendant.<br>                                / | No. C 07-04388 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Oak Harbor Freight Lines' Motion for Judgment on the Pleadings under submission on the papers.  Plaintiff's opposition will be due May 8, 2008, and any reply by Defendant will be due May 15, 2008.

    **Failure by Plaintiff to timely file an opposition to the motion may result in the granting of the motion.**

Dated: 4/22/08

                                              SHEILAH CAHILL
                                              Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL et al,

        Plaintiff,

v.

OAK HARBOR FREIGHT LINES INC et al,

        Defendant.

Case Number: CV07-04388 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth R. Ison
The Ison Law Group
3220 &quot;M&quot; Street
Sacramento, CA 95816-5231

Willie L. Mitchell
P.O. Box 5282
Oakland, CA 94605

Dated: April 22, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk