ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

## ADR Phone Conference Scheduling Notice

DATE:  May 9, 2008

Willie L. Mitchell
P.O. Box 5282
Oakland, CA 94605
510-551-4578

Elizabeth R. Ison
The Ison Law Group
3220 "M" Street
Sacramento, CA 95816-5231
(916) 492-6555

RE:    Mitchell v. Oak Harbor Freight Lines, Inc.
       C 07-4388 CW

Dear Mr. Mitchell and Ms. Ison

I am writing to schedule an ADR Phone Conference to discuss this case's referral to the court's Assisted Settlement Conference Program. I have scheduled the Phone Conference for **Tuesday, May 27, 2008 at 10:30 a.m.**  Please let me know if the phone number listed above is incorrect. Our office will place the phone call to all parties. For reference, the ADR Conference Line is (415) 522-4603.

Please contact me immediately with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov.  Thank you for your attention to this matter.

Best regards-

*Timothy Smagacz*

Timothy Smagacz
ADR Program Administrative Assistant