IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE MITCHELL,

    Plaintiff,

  v.

OAK HARBOR FREIGHT LINES INC,

    Defendant.
                               /

No. 07-04388 CW

ORDER EXTENDING TIME TO FILE OPPOSITION

On April 21, 2008, Defendant filed a Motion for Judgment on the Pleadings. Plaintiff's opposition to the motion was due May 8, 2008. Plaintiff has not filed an opposition. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time until May 22, 2008, to file his opposition to the motion. Any reply by Defendant will be due May 29, 2008; thereafter, the matter will be deemed submitted and decided on the papers. **Failure by Plaintiff to timely file an opposition to the motion may result in dismissal of this action for failure to prosecute.**

5/13/08

Dated _____



_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL et al,

        Plaintiff,

v.

OAK HARBOR FREIGHT LINES INC et al,

        Defendant.

Case Number: CV07-04388 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth R. Ison
The Ison Law Group
3220 &quot;M&quot; Street
Sacramento, CA 95816-5231

Willie L. Mitchell
P.O. Box 5282
Oakland, CA 94605

Dated: May 13, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2