UNITED STATES DISTRICT COURT

Northern District of California

_Willie Lee Mitchell_
Plaintiff in Propia Persona,

v.

_Oak Harbor Freight Lines, Inc.,_
Defendant(s).

No. C _07-4388 CW_

**APPLICATION FOR ASSISTED SETTLEMENT CONFERENCE**

I am the plaintiff in the above-entitled employment discrimination action. I request that the court refer this case into the Assisted Settlement Conference Pilot Program. In support of this request, I provide the following information:

A. SUMMARY INFORMATION ABOUT BASIS OF THE CASE

(1) I filed an employment discrimination case in the Court against the above-named defendant on: _August 24, 2007._

(2) I filed this case because the defendant harmed me by (circle any applicable):

a. failing to employ me.

b. firing me.

(c.) eliminating my position.

///

///

    d.    failing to promote me.

    e.    demoting me.

    f.    disciplining me without reason.

    g.    harassing me (or allowing others to harass me) so that working conditions became intolerable.

    h.    paying me differently than others doing similar work.

    i.    providing different terms, conditions or privileges of employment than others received doing similar work.

    (j.)    other actions (specify): _SEE ATTACHED COMPLAINT FILE 08/24/07._

    k.    taking action/retaliating against me because I complained about any of the above harms.

(3)    For each item that you circled in question #2, above, give one example of when and how the defendant took an action that harmed you:

| Item | When | How did defendant do it? (If more space is needed, add additional sheet.) |
|---|---|---|
| C. & J. | AUGUST 2005 TO MARCH 2006 | DISSEMINATING FALSE, INCORRECT, AND MISLEADING INFORMATION ABOUT DRIVING RECORDS (AND) EMPLOYMENT HISTORY, ESSENTIALLY DESTROYING MY ABILITY TO PROCURE GAINFUL EMPLOYMENT. |
|  |  |  |

(4)    The defendant took action that harmed me, as I identified in question #2 above; the defendant did so because of (circle any applicable):

    1.    my race or color.

    2.    my religion.

///

3. my sex.

4. my national origin.

5. my disability.

6. my age.

(7.) other (specify): _SEE Complaint File 08-24-07._

(5). Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4. Do this for each item you mark in questions #2 and #4:

| Harm (Q2) | Discriminatory Reason (Q4) | How do you know that Q4 is the reason defendant did Q2? (If more space is needed, add additional sheet.) |
|---|---|---|
| C, | (7.) | DEFENDANT HAD A STATUTORY DUTY TO TAKE AFFIRMATIVE STEPS TO PREVENT DISSEMINATION OF INACCURATE INFORMATION OF MY EMPLOYMENT RECORDS, AND TO TAKE PROPER REMEDIAL STEPS TO END THE DISSEMINATION OF INACCURATE AND DAMAGING INFORMATION ONCE IT BECAME KNOWN TO THEM. |
| g J, | // | |
| | // | |

B. REASONS FOR SEEKING A SETTLEMENT CONFERENCE

(6) Have you read the materials on ADR and on Assisted Settlement Conference provided by the Clerk, when you filed the case, or by the court?   Yes _X_   No ___

///
///
///
///

(7) I am seeking a Settlement Conference of this complaint because I hope the process will (circle any applicable):

(a.) improve communication between me and the defendant.

(b.) help me explain to the defendant the harm the defendant has caused me.

c. help the defendant explain to me the reason for the actions the defendant took which harmed me.

(d.) help me understand the strengths of my case and the defendant's case.

e. help me understand the weaknesses of my case and the defendant's case.

(f.) help me and the defendant understand if there is anything we agree upon in this dispute.

(g.) help me and the defendant explore any creative solutions to this dispute which the court might not be able to impose if we go to trial.

(h.) help me preserve or improve what remains of my personal or business relationship with the defendant.

(i.) provide confidentiality in coming to a resolution of this dispute.

j. tone down the hostility between me and the defendant.

(k.) help me and the defendant get to the core of the case and sort out the issues in dispute.

(l.) help us settle all or part of the dispute.

m. other reason (specify): _WHEREFORE PLAINTIFF (MYSELF) PRAYS FOR RELIEF ENTITLING (ME) TO PUNITIVE DAMAGES._

C. WHY I NEED AN ATTORNEY TO ASSIST ME IN THIS SETTLEMENT CONFERENCE

(8) Have you been unable to find an attorney willing to represent you in this case on terms you can afford? Yes ____ No ✗

///

///

///

(9) I have made a reasonable effort to obtain an attorney to represent me and contacted the following attorneys for this purpose (include additional sheets if necessary):

| Attorney Name | Address | Phone Number |
|---|---|---|
| NONE | | |
| // | | |
| // | | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

06-12-08.
Date

*[Signature]*
Signature

WILLIE LEE MITCHELL.
Name (Printed)

C:\Documents and Settings\Workstation\Local Settings\Temp\n.notes.data\AsstSettConfAppDecl.wpd