IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE L. MITCHELL,

    Plaintiff,

  v.

OAK HARBOR FREIGHT LINES INC.,

    Defendant.

                                     /

No. C 07-04388 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting in Part Defendant's Motion for Judgment on the Pleadings,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Willie L. Mitchell's Fair Credit Reporting Act (FRCA) claim is dismissed with prejudice.  Plaintiff's negligent and intentional infliction of emotional distress claims are dismiss without prejudice to refiling in state court.  Each party shall bear its own costs of action.

    Dated at Oakland, California, this 3rd day of July, 2008.

                                           RICHARD W. WIEKING
                                           Clerk of Court

                          By:  *Sheilah Cahill*
                                SHEILAH CAHILL
                                Deputy Clerk

<div style="float:left">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL et al,

        Plaintiff,

v.

OAK HARBOR FREIGHT LINES INC et al,

        Defendant.

Case Number: CV07-04388 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth R. Ison
The Ison Law Group
3220 M Street
Sacramento, CA 95816-5231

Willie L. Mitchell
P.O. Box 5282
Oakland, CA 94605

Dated: July 3, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk